Argued and submitted January 18, reversed and remanded June 21, 1995

In the Matter of the Compensation of
Vernal M. Davidson, Claimant.

SAIF CORPORATION
and Baker Custom Haying,
*Petitioners,*

*v.*

Vernal M. DAVIDSON,
*Respondent.*

(93-02875, 93-02863; CA A84055)

897 P2d 1199

Michael O. Whitty, Special Assistant Attorney General, argued the cause for petitioners. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Kimberley Chaput argued the cause for respondent. On the brief were Kevin Keaney and Pozzi Wilson Atchison.

Before Riggs, Presiding Judge, and Landau and Leeson, Judges.